SAMUEL SMYTH, JR., Respondent, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 4, TOWN OF NORTH HEMPSTEAD, Appellant.— Orders reversed upon the law and the facts, with ten dollars costs and disbursements, and motion to substitute an arbitrator granted. Without the slightest reflection upon the honesty and integrity of the umpire selected here, we are of opinion that the defendant is entitled to the appointment of an umpire whose acts cannot be criticised upon the ground that he is in fact a friend of the plaintiff, and that the umpire injected himself into the proceeding and still insists upon acting as such umpire against the defendant's protest. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

MARGARET STAHL, Respondent, v. CHARLES O. KARPF, Doing Business as NEW YORK FLOOR COVERING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LAURA TAYLOR, Respondent, v. CHARLES M. BOGERT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

RIDLEY WATTS and Others, Appellants, v. THOMAS CARTER & SONS, INC., Respondent.— Judgment unanimously affirmed, with costs, on authority of *Watts v. Carter & Sons, Inc.* (207 App. Div. 656). Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ERNEST W. BLASIUS, Respondent, v. CHARLES T. HOWE, Appellant.— Judgment unanimously affirmed, but as the respondent filed no brief, the affirmance is without costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

RACHEL BONNER, Appellant, v. CELIA WOLSKY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CLIFFORD BRINCKERHOFF, JR., an Infant, etc., by CLIFFORD BRINCKERHOFF, His Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ALVIN C. CASS, Respondent, v. CHARLES L. APFEL and Another, Appellants.— Interlocutory judgment reversed on the law and the facts, and a new trial granted, with costs to abide the event. We think no general accounting covering the whole fifteen years of the partnership was necessary or proper in this case, but that the scope and extent of the accounting should have been limited. (*Bushby* v. *Berkeley*, 135 App. Div. 443.) We also think that there was no evidence to connect the defendant Sadie L. Apfel with any of the partnership transactions, and that the court should have received the evidence offered by plaintiff to connect her therewith. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

LEOPOLD COHEN, Respondent, v. SAMUEL COHEN, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.